# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEALIN BARTEK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF VISALIA, et al., <br><br> Defendants. | Case No. 1:22-cv-01436-JLT-SAB <br><br> ORDER REQUIRING PLAINTIFFS TO FILE STATUS REPORT ON SERVICE AND READINESS FOR SCHEDULING CONFERENCE <br><br> FIVE DAY DEADLINE |

Plaintiffs filed this action on November 7, 2022. (ECF No. 1.) A scheduling conference is currently set for February 9, 2023. (ECF No. 3.) On January 13, 2023, Plaintiffs returned service documents for only one of the Defendants. (ECF No. 6.)

Rule 4(m) provides that "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). "But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Id. The order setting the scheduling conference in this matter additionally provides that: "plaintiff shall diligently pursue service of the summons and complaint and dismiss those defendants against whom the plaintiff will not pursue claims . . .[and] plaintiff shall promptly file proofs of service of the summons and complaint so the Court has a record of service." (ECF No. 4 at 1.)

1  Accordingly, IT IS HEREBY ORDERED that within five days of entry of this order, Plaintiffs shall file a notice of the status of service on the Defendants in this action and regarding readiness for the scheduling conference. Plaintiffs are advised that failure to comply with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: **January 24, 2023**

_____
UNITED STATES MAGISTRATE JUDGE