# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEALIN BARTEK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF VISALIA, et al., <br><br> Defendants. | Case No. 1:22-cv-01436-JLT-SAB <br><br> ORDER CONTINUING SCHEDULING CONFERENCE <br><br> ORDER REQUIRING EVIDENCE OF APPOINTMENT OF GUARDIAN AD LITEM OR MOTION FOR APPOINTMENT <br><br> **FOURTEEN DAY DEADLINE** |

    Plaintiffs filed this action on November 7, 2022. (ECF No. 1.) A scheduling conference is currently set for February 9, 2023. (ECF No. 3.) On January 13, 2023, Plaintiffs returned service documents for only one of the Defendants. (ECF No. 6.) On January 24, 2023, the Court issued an order requiring Plaintiffs to file a notice of the status of service and regarding readiness for the scheduling conference. (ECF No. 7.) On January 25, 2023, Plaintiffs returned executed summonses demonstrating Defendants were served on January 11, 2023. (ECF Nos. 8, 9, 10.) While Plaintiffs filed no status report, in the interest of expediency, and given Plaintiffs promptly filed the executed summonses, the Court will continue the scheduling conference despite no formal status report being filed.

    Upon further review of the complaint filed in this action, while the complaint proffers Plaintiff Katie Day is the guardian ad litem for Plaintiff K.I., no other information has been filed with the Court pertaining to any such appointment.

Pursuant to the Local Rules of the Eastern District of California, upon commencing this action on behalf of a minor, "the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor . . . ." L.R. 202(a).

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference currently set for February 9, 2023, is CONTINUED to **April 11, 2023, at 11:00 a.m.**, in Courtroom 9;

2. The parties shall file a joint scheduling report at least seven days prior to the scheduling conference; and

3. Within **fourteen days** from the date of entry of this order, Plaintiffs shall file evidence that Katie Day has been appointed under state law, or a motion for appointment of a guardian ad litem for K.I. that comports with the requirements of Local Rule 202.

IT IS SO ORDERED.

Dated:   **January 26, 2023**

UNITED STATES MAGISTRATE JUDGE