# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEALIN BARTEK, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF VISALIA, et al.,<br><br>        Defendants. | Case No. 1:22-cv-01436-JLT-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO UPDATE DOCKET TO REFLECT NAMED PLAINTIFF<br><br>(ECF Nos. 1, 13, 15.) |

The complaint in this action initially identified a minor Plaintiff by the initials K.I. (ECF No. 1.) As indicated in the declaration of counsel filed February 9, 2023, K.I. is now over eighteen years old, and as indicated in the joint scheduling report filed February 16, 2023, the name of the Plaintiff is Kylee Irribarren. (ECF Nos. 13, 15.)

Accordingly, the Clerk of the Court is DIRECTED to update the docket to reflect the name of Plaintiff K.I, as Kylee Irribarren, and to remove the guardian *ad litem* notation.

IT IS SO ORDERED.

Dated:  **February 23, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

1