1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEALIN BARTEK, et al., | Case No. 1:22-cv-01436-JLT-SAB |
| Plaintiffs, | ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER |
| v. | (ECF Nos. 18, 20) |
| CITY OF VISALIA, et al., | |
| Defendants. | |

A scheduling order for this matter issued on February 24, 2023.  (ECF Nos. 28.)  The scheduling order as modified contains the following dates and deadlines:

1.  Nonexpert Discovery Deadline: **December 15, 2023**;

2.  Expert Disclosure Deadline: **February 2, 2024**;

3.  Supplemental Expert Disclosure Deadline: **March 1, 2024**;

4.  Expert Discovery Deadline: **April 5, 2024**;

5.  Dispositive Motion Deadline: **June 14, 2024**;

6.  Pretrial Conference: **September 23, 2024**, at **1:30 p.m.,** in **Courtroom 4**, before District Judge Jennifer L. Thurston; and

7.  Trial: **November 19, 2024**, at **8:30 a.m.,** in **Courtroom 4**, before District Judge Jennifer L. Thurston.

1

1  (ECF No. 18.)  This is the parties' first request for modification of the scheduling order.

2       On December 14, 2023, the parties filed a stipulated motion to continue the nonexpert

3  discovery deadline by approximately 120 days and all subsequent deadlines accordingly.  (ECF

4  No. 20.)  The parties proffer that due to scheduling conflicts and scheduled travel plans during the

5  holiday season, they were unable to schedule necessary depositions prior to the current December

6  15, 2023 nonexpert discovery deadline.  (Id. at 3.)  The parties represent that they diligently

7  attempted to schedule Plaintiffs' depositions on June 9, 2023 and October 30, 2023; however,

8  both had to be rescheduled due to scheduling conflicts.  (Id.)  Counsel for Plaintiff also detailed

9  her limited availability due to multiple trials this year.  (Id.; Declaration of Lauren K. McRae,

10  ECF No. 20 at 5.)  Because the parties have been unable to conduct necessary depositions, the

11  parties request a continuance of the nonexpert discovery deadline and all subsequent deadlines by

12  approximately 120 days.

13       Based on the proffered reasons, as well as the fact that this is the parties' first request to

14  modify the scheduling order, the Court finds good cause to grant the parties' requested

15  modification.

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the parties' stipulated motion to modify the schedule (ECF No. 20) is GRANTED.  The scheduling order is thus further modified as follows:

1.      Nonexpert Discovery Deadline: **April 19, 2024**;

2.      Expert Disclosure Deadline: **June 7, 2024**;

3.      Supplemental Expert Disclosure Deadline: **July 8, 2024**;

4.      Expert Discovery Deadline: **August 16, 2024**;

5.      Dispositive Motion Deadline: **September 20, 2024**;

6.      Pretrial Conference: **February 24, 2025,** at **1:30 p.m.,** in **Courtroom 4**, before District Judge Jennifer L. Thurston; and

7.      Trial: **April 22, 2025**, at **8:30 a.m.,** in **Courtroom 4**, before District Judge Jennifer L. Thurston.

IT IS SO ORDERED.

Dated:   __**December 15, 2023**__

UNITED STATES MAGISTRATE JUDGE