# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEALIN BARTEK, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF VISALIA, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-01436-JLT-SAB<br><br>ORDER RE STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 25) |

A scheduling order for this matter was issued on February 24, 2023. (ECF No. 18.) The scheduling order was previously modified on December 15, 2023. (ECF No. 21.) The scheduling order as modified contains the following dates and deadlines:

1. Nonexpert Discovery Deadline: **April 19, 2024**;
2. Expert Disclosure Deadline: **June 7, 2024**;
3. Supplemental Expert Disclosure Deadline: **July 8, 2024**;
4. Expert Discovery Deadline: **August 16, 2024**;
5. Dispositive Motion Deadline: **September 20, 2024**;
6. Pretrial Conference: **February 24, 2025,** at **1:30 p.m.,** in **Courtroom 4**; and
7. Trial: **April 22, 2025**, at **8:30 a.m.**, in **Courtroom 4**.

(Id.)

1       On April 10, 2024, the parties filed a stipulated motion to continue the nonexpert
2  discovery deadline and all subsequent deadlines—except for the pretrial conference and trial
3  dates—by approximately 60 days. (Id. at 2.) The parties proffer they have diligently conducted
4  written discovery and have collectively taken six depositions. Defendants attempted to depose a
5  percipient witness, but the witness failed to appear. Defendants require additional time beyond
6  the approaching April 19, 2024 discovery deadline to bring a motion to compel the witness to
7  appear for a deposition.
8       The parties request "no change" to the pretrial conference currently set for February 24,
9  2025 or trial set for April 22, 2025. (Id. at 2.) However, the parties' requested extension of the
10 dispositive motion date to November 20, 2024 does not allow the District Judge, whose schedule
11 is extremely impacted, sufficient time to review and issue a ruling on any potential dispositive
12 motions filed by the parties prior to the current pretrial conference date. The shortened timeframe
13 would cause undue burden on the District Judge. Accordingly, the Court will continue the
14 pretrial conference to March 17, 2025 and trial to May 13, 2025 to afford the District Judge
15 sufficient time to issue rulings on any dispositive motions filed by the parties.
16      Based on the proffered reasons and with the exception to the parties' proposal to retain the
17 current pretrial conference and trial dates, the Court finds good cause to grant the parties'
18 requested modification to the scheduling order.
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the scheduling order (ECF No. 25) is granted in part.  The scheduling order is thus further modified as follows:

   a. Nonexpert Discovery Deadline: **June 21, 2024**;

   b. Expert Disclosure Deadline: **August 9, 2024**;

   c. Supplemental Expert Disclosure Deadline: **September 9, 2024**;

   d. Expert Discovery Deadline: **October 18, 2024**;

   e. Dispositive Motion Deadline: **November 20, 2024**;

   f. Pretrial Conference: **March 17, 2025,** at **1:30 p.m.,** in **Courtroom 4**, before District Judge Jennifer L. Thurston; and

   g. Trial: **May 13, 2025**, at **8:30 a.m.**, in **Courtroom 4**, before District Judge Jennifer L. Thurston.

2. All other aspects of the scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated:   **April 11, 2024**

UNITED STATES MAGISTRATE JUDGE