# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEALIN BARTEK, et al., | Case No. 1:22-cv-01436-JLT-SAB |
| Plaintiffs, | AMENDED SCHEDULING ORDER |
| v. | |
| CITY OF VISALIA, et al., | |
| Defendants. | |

On February 24, 2023, the scheduling order issued in this matter. (ECF No. 18.) On December 15, 2023, and April 11, 2024, the scheduling order was modified at the stipulation of the parties. (ECF Nos. 21, 26.) On August 6, 2024, the parties filed a third stipulation to amend the scheduling order. (ECF No. 27.)

The parties seek to extend the expert discovery deadlines in this matter by three weeks due to Plaintiff's expert experiencing a family emergency and counsel being out of the office due to illness. (ECF No. 27 at 2.) The Court finds that good cause exists to amend the scheduling order one final time.

Based upon the foregoing, it is HEREBY ORDERED that the February 24, 2023 scheduling order, as amended on December 15, 2023, and April 11, 2024, is amended as follows:

    Expert Disclosure:        August 30, 2024

    Supplemental Expert Disclosure:   September 30, 2024

Expert Discovery Cutoff: November 8, 2024

The Court's February 24, 2023 scheduling order, as amended on December 15, 2023, and April 11, 2024, shall remain in effect in all other respects. No further amendment of the scheduling order shall be granted.

IT IS SO ORDERED.

Dated: **August 7, 2024**

UNITED STATES MAGISTRATE JUDGE