# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEALIN BARTEK, et al., | Case No. 1:22-cv-01436-JLT-SAB |
| Plaintiffs, | ORDER VACATING ALL DATES AND MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| CITY OF VISALIA, et al., | (ECF No. 32) |
| Defendants. | SIXTY-DAY DEADLINE |

On September 27, 2024, the parties filed an informal discovery dispute letter brief. (ECF No. 30.) An informal video hearing on the discovery dispute was held on September 30, 2024. (ECF No. 31.) Following discussion of the issues presented, the parties were to file a stipulation on the issue of deposition of Plaintiffs' experts and Defendant was ordered to file a letter brief addressing the issue of the expert designation of Lt. Dominguez by noon on October 4, 2024. (Id.) On October 2, 2024, a conditional notice of settlement was filed, and the parties requested the deadlines set for the informal discovery dispute be extended until after the settlement could be presented to the City of Visalia's City Council for approval. (ECF No. 32.) The Court decline to continue the informal hearing date. Based on the notice of settlement, all pending dates and matters will be vacated. Should the case not settle, the parties can request a date for the continued informal discovery conference.

1

Accordingly, based on the notice of settlement , IT IS HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within **sixty (60) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **October 4, 2024**

_____
UNITED STATES MAGISTRATE JUDGE