# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEALIN BARTEK, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF VISALIA, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-01436-JLT-SAB<br><br>ORDER GRANTING REQUEST TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 34)<br><br>JANUARY 3, 2025 DEADLINE |

On October 2, 2024, a notice of settlement was filed in this action and an order issued on October 4, 2024 directing the parties to file dispositional documents within sixty days. (ECF Nos. 32, 33.) On December 3, 2024, Plaintiffs filed a status report representing that the settlement agreement was not sent to Defendants until November 25, 2024 due to a clerical error. (ECF No. 34 at 3.) Plaintiff requests an additional thirty days to allow for Defendants to finalize the terms of the settlement agreement and submit dispositional documents. The Court finds good cause to grant the request.

Accordingly, IT IS HEREBY ORDERED that the parties shall file dispositional documents on or before **January 3, 2025**.

IT IS SO ORDERED.

Dated:　**December 4, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1