**PLC LAW GROUP, APC**
Peter L. Carr, IV (SBN 256104)
pcarr@thePLClawgroup.com
Na'Shaun L. Neal (SBN 284280)
nneal@thePLClawgroup.com
Lauren K. McRae (SBN 331296)
nneal@thePLClawgroup.com
3756 Santa Rosalia Dr., Suite 326
Los Angeles, CA 90008
Telephone: (310) 400-5890
Facsimile: (310) 400-5895

Attorneys for Plaintiffs ZEALIN BARTEK, K.I., BY AND THROUGH HER GUARDIAN AD LITEM, KATIE DAY, AND KATIE DAY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zealin Bartek, K.I., by and through her Guardian Ad Litem, Katie Day, and Katie Day,<br><br>        Plaintiffs,<br>vs.<br><br>City of Visalia; Officer Victor Yates; Officer Gustavo Canales; and DOES 1 through 10 inclusive,<br><br>        Defendants. | Case No.: 1:22-cv-01436-JLT-SAB<br><br>**PLAINTIFF'S STATUS OF SETTLEMENT AND REQUEST FOR AN EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

**TO THE HONORABLE COURT AND ALL ATTORNEYS OF RECORDS:**

Plaintiffs ZEALIN BARTEK, K.I., by and through her Guardian Ad Litem, Katie Day, and KATIE DAY request an additional 30 days to submit dispositional documents.

-1-

On October 2, 2024, Plaintiffs and Defendants CITY OF VISALIA, OFFICER VICTOR YATES and OFFICER GUSTAVO CANALES reached a settlement resolving all claims between the parties. *See generally* ECF No. 32.

On October 4, 2024, this Court issued an order vacating all dates and requiring the parties to file dispositional documents by December 4, 2024. ECF No. 33.

On October 31, 2024, Plaintiff executed the settlement agreement between the Parties. However, due to a clerical error the settlement agreement was not sent to Defendants' counsel. This error was not discovered until November 26, 2024.

In light of settlement agreement not being returned to defense counsel, until week before the deadline to submit dispositional documents, Plaintiff requests additional time (30 days) for Defendants to complete the terms of the settlement agreement that would authorize Plaintiff to file the dispositional documents.

**PLC LAW GROUP, APC**

*/s/ Na'Shaun L. Neal*
Peter L. Carr, IV
Na'Shaun L. Neal
Lauren K. McRae
Attorneys for Plaintiffs,
Zealin Bartek, K.I., by and
through her Guardian Ad Litem,
Katie Day, and Katie Day

# DECLARATION OF NA'SHAUN L. NEAL

I, Na'Shaun L. Neal, declare as follows:

1. The following is based upon my personal knowledge and if called upon as a witness, I could and would competently testify thereto. I am an attorney at law duly licensed to practice before all the courts of the State of California. I am an attorney at the law firm of PLC LAW GROUP, APC, attorneys for Plaintiffs Zealin Bartek, K.I., by and through her Guardian Ad Litem, Katie Day, and Katie Day.

2. On October 31, 2024, Plaintiffs signed the settlement agreement.

3. On November 25, 2024, Defense counsel inquired about the status of the settlement agreements being executed. In response to this email, I reached out to staff regarding the mailing of the settlement agreements to defense counsel. On the following day, I learned the settlement agreements were not sent to defense counsel. On the same day, I personally emailed the settlement agreements and other accompanying documents to defense counsel.

4. Defense counsel has informed plaintiffs' counsel that the documents were sent to the appropriate person and or entity. Defense counsel did not believe another extension was warranted due to settlement proceeds would be distributed in short fashion.

Executed this 3rd day of December, 2024 in Los Angeles County, State of California.

*/s/ Na'Shaun L. Neal*
Na'Shaun L. Neal