PETER L. CARR, IV (SBN 256104)
pcarr@thePLCLawgroup.com
NA'SHAUN L. NEAL (SBN 284280)
nneal@thePLClawgroup.com
LAUREN K. MCRAE (SBN 331296)
lmcrae@thePLClawgroup.com
**PLC LAW GROUP, APC**
3756 SANTA ROSALIA DR., SUITE 326
LOS ANGELES, CA 90008
TELEPHONE: (310) 400-5890
FACSIMILE: (310) 400-5895
Attorneys for Plaintiffs **ZEALIN BARTEK, K.I., BY AND THROUGH HER GUARDIAN AD LITEM, KATIE DAY, AND KATIE DAY**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zealin Bartek, K.I., by and through her Guardian Ad Litem, Katie Day, and Katie Day,<br><br>Plaintiffs,<br>vs.<br><br>City of Visalia; Officer Victor Yates; Officer Gustavo Canales; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 1:22-cv-01436-JLT-SAB<br><br>**JOINT STIPULTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs Zealin Bartek, K.I., by and through her Guardian Ad Litem, Katie Day, and Katie Day, and Defendants City of Visalia, Officer Victor Yates, and Officer Gustavo Canales, through their respective attorneys of record, as follows:



1. That the above-entitled matter, shall be dismissed in its entirety, with prejudice as against all Defendants including their past, present, and future officers, supervisors, directors, attorneys, employees, agents, employees, subordinates, predecessors, successors-in-interest, assigns, and all other persons, firms, or corporations with whom any Defendants are now, have been, or may hereafter be affiliated.

2. That such dismissal shall be in accordance with the global settlement reached by and between all parties in this action.

Dated: January 7, 2025   **PLC LAW GROUP, APC**

By:  */s/ Na'Shaun Neal*
   Peter L. Carr, IV
   Na'Shaun L. Neal
   Lauren K. McRae
   Attorneys for Plaintiffs

Dated: January 7, 2025   **HERR PENDERSEN & BERGLUND, LLP**

By:  */s/Leonard C. Herr*
   Leonard C. Herr
   Caren L. Curtiss
   Attorneys for Defendants

### SIGNATURE ATTESTATION

I, Na'Shaun L. Neal, hereby attest that all other signatories listed, and on whose behalf this stipulation is submitted, concur in the content of the stipulation and have authorized its filing.

Dated: January 7, 2025   By: */s/ Na'Shaun Neal*
           Na'Shaun Neal

