# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEALIN BARTEK, et al., | Case No. 1:22-cv-01436-JLT-SAB |
| Plaintiffs, | ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |
| v. | |
| CITY OF VISALIA, et al., | |
| Defendants. | (ECF Nos. 36, 39) |

On December 3, 2024, Plaintiffs moved the Court to continue the deadline to file dispositional documents to January 3, 2025. (ECF No. 34.) That date came and went, and the Court issued an order to show cause as to why sanctions should not be imposed for the parties' failure to timely file dispositional documents. (ECF No. 36.) On January 7, 2025, Plaintiffs filed a stipulation of dismissal (ECF No. 39), and on January 8, 2025, counsel for Defendants filed a declaration responding to the order to show cause. (ECF No. 40.)

In the declaration, Defendants provide the Court with a timeline of the events with an implied justification for the late dispositional documents being that the terms of the settlement agreement between the parties gave Plaintiffs five business days to file dispositional documents following receipt of settlement funds. (Id.)

While it appears that Defendants are aware, the Court nonetheless advises the parties that once the terms of a settlement agreement are finalized and the settlement agreement is signed by the parties, dismissal of this action is not dependent on performance of the agreement but rather

the settlement itself.

What is troubling is that the Court granted the extension to January 3, 2025, per Plaintiffs' request. (See ECF No. 34.) Thus, the Court is puzzled why Plaintiffs chose not to comply with a court order, seemingly instead relying on the terms of the settlement agreement. In the future, should Plaintiffs appear in federal court, the Court admonishes them that they must comply with court orders notwithstanding terms in a settlement agreement. In the alternative, the Court notes that Plaintiffs could have filed a motion seeking a brief extension of time to file dispositional documents. However, failing to meet a court ordered deadline or failing to respond to a court order is unacceptable.

Nevertheless, the Court hereby DISCHARGES the January 6, 2025 order to show cause. (ECF No. 36.)

In light of the stipulation (ECF No. 39), this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is hereby DIRECTED to close the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **January 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge